IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NACOLE SICKLER,

Plaintiff,

v.                                          Case No.: 3:17-CV-00431

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,
                    Defendant.

## ORDER

This matter comes before the Court on Defendant's Agreed Motion to Award
Attorney Fees filed by Defendant.

And the Court, having read the Agreed Motion and being duly advised now
GRANTS said request, and it is THEREFORE ORDERED that final judgment be entered
in the case, and Plaintiff be awarded $5,618.34 in fees and zero dollars in costs under the
Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This award will satisfy all of
Plaintiff's claims under EAJA.

After the Court enters this award, if counsel for Defendant can verify that
Plaintiff owes no pre-existing debt subject to offset, he will direct that the award be
made payable to Plaintiff's attorney, provided that counsel produces a valid EAJA
assignment between him and Plaintiff.

DATED: _OCTOBER 31, 2018_

_____

Judge, United States District
Court Western District of
Wisconsin