IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NACOLE SICKLER,

        Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 17cv7431-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Nacole Sickler attorney fees and costs in the amount of $5,618.34 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

s/ V. Olmo, Deputy Clerk           10/31/2018
Peter Oppeneer, Clerk of Court          Date